# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2012 MAR 16  AM 11:32

DUBLIN DIVISION

CLERK
SO. DIST. OF GA.

CLIFFORD KING,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        CV 310-105
                                        )
MICHAEL J. ASTRUE, Commissioner         )
of Social Security Administration,      )
                                        )
            Defendant.                  )
                                  _____

## ORDER
_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the Commissioner's final decision is **REVERSED**, and this case is

**REMANDED** to the Commissioner for further consideration in accordance with the Court's

opinion.

SO ORDERED this 16 day of March, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE